IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STACY FRANZ, ) | |
| ) | |
| Plaintiff, ) | 8:05CV178 |
| ) | |
| v. ) | |
| ) | |
| JOANNE BARNHART, Commissioner ) | ORDER |
| of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

This is a social security appeal. Now that an answer has been filed and the record deposited with the clerk of the court, this case should be progressed. Accordingly,

IT IS ORDERED that:

1. This case shall be resolved as if cross-motions for summary judgment have been filed, and the clerk of the court is directed to make appropriate entries into the court's computer-assisted record keeping system to show on the court's motion list that this case is pending on cross-motions for summary judgment and the following briefing dates have been established;

2. Plaintiff shall file a brief by August 29, 2005;

3. Defendant shall file a brief by September 29, 2005;

4. Plaintiff may file a reply brief by October 13, 2005;

5. This case shall be ripe for decision on October 19, 2005.

DATED this 28th day of July, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge