IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| STACY FRANZ, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05cv178 |
| | ) | |
| v. | ) | |
| | ) | |
| SOCIAL SECURITY ADMINISTRATION, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

The Clerk's Office has requested that Document Number 12 and 14 be stricken from the record for the following reason(s):

- Incorrect/Incomplete PDF document attached.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 12 and 14 from the record.  The party is directed to re-file the document.

DATED this 30th day of August, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge