IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| STACY FRANZ, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV178 |
| | ) | |
| v. | ) | |
| | ) | |
| JOANNE BARNHART, | ) | MEMORANDUM AND ORDER |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

Before me is the motion for attorney fees and costs filed by the plaintiff. The government has responded that it has no objection to the motion nor to the amounts requested. I have reviewed the record and the plaintiff's attorney's affidavit and supporting materials, and I conclude that the amounts requested are reasonable as to hourly rate, hours expended, and the filing fee as costs. Accordingly,

IT THEREFORE HEREBY IS ORDERED,

The motion, filing 22, is granted, and plaintiff is awarded attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), in the amount of $3,579.60, and $250.00 for filing fees from the Judgment Fund administered by the United States Treasury. The judgment will be amended accordingly.

DATED this 22nd day of March, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge