```
             IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| STACY FRANZ, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV178 |
| | ) | |
| v. | ) | ORDER NUNC PRO TUNC |
| | ) | AND |
| JOANNE BARNHART, | ) | JUDGMENT |
| Commissioner of Social | ) | |
| Security, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

Plaintiff's motion for attorney fees, filing 31, is granted and **plaintiff** is awarded attorney fees in the total amount of $7,700.00, pursuant to 42 U.S.C. § 406(b). Plaintiff's counsel shall refund to plaintiff the fees previously awarded under the Equal Access to Justice Act, that is, $3,579.60.

DATED this 4th day of May, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge